IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANDREA SMITHSON, | ) | CASE NO. 3:18-CV-00125 |
| | ) | |
| Plaintiffs, | ) | JUDGE WALTER H. RICE |
| | ) | |
| v. | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **STAY OF PROCEEDINGS** |
| ARCADIA HEALTH SERVICES, INC. | ) | |
| d/b/a ARCADIA HOME CARE & | ) | |
| STAFFING, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant Arcadia Health Services, Inc. d/b/a Arcadia Home Care & Staffing ("Defendant Arcadia") has filed a Motion for Stay of Proceedings. Based on Defendant Arcadia's submissions in its Motion, and the Consent to Motion for Stay of Proceedings of Plaintiff, Andrea Smith, submitted with said Motion, and for good cause shown, Defendant Arcadia's motion is hereby **GRANTED**, and this action is **HEREBY STAYED** until the closing of the receivership estate and action pending in Wayne County Circuit Court, State of Michigan, Case No. 17-008488-CB, entitled *Comerica Bank v. Arcadia Health Services, Inc., et al.* (the "Michigan Receivership Lawsuit"). Defendant Arcadia shall share the final report of the receiver from the Michigan Receivership Lawsuit with Plaintiff's counsel within 30 days of the closing of that lawsuit.

Dated: June 18, 2018.

_____
UNITED STATES DISTRICT JUDGE